FILED

AO 91 (Rev. 11/11) Criminal Complaint

AUG 10 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the
Western District of Texas

United States of America
v.

Erick Manuel MARTINEZ-Mendez
*Defendant(s)*

Case No. EP-26-M-3717-RFC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 07, 2026 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1546(a) | When applying for admission to the United States, did knowingly personate another and attempt to evade immigration laws by appearing under an assumed or fictitious name. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

Carlos De La Huerta
CBP Enforcement Officer

Oath Telephonically Sworn
At 1 : 12 PM
Fed.R.Crim.P.4.1(b)(2)(A)

Sworn to before me and signed in my presence.

Date: August 10, 2026

City and state: El Paso, Texas

*Judge's signature*

Robert F. Castaneda
UNITED STATES MAGISTRATE JUDGE

## FACTS

On or about August 07, 2026, the DEFENDANT, Erick Manuel MARTINEZ-Mendez, a native and citizen of Cuba, applied for admission into the United States at the Paso Del Norte Port of Entry via pedestrian primary in El Paso, Texas located in the Western District of Texas. The DEFENDANT presented a State of Texas Birth Certificate and a copy of a Texas Identification Card with the name and date of birth of another whose initials are A.R. and represented himself to be that person.

DEFENDANT stated to the primary U.S. Customs and Border Protection Officer (CBPO) that he is a United States citizen. The DEFENDANT stated he was going to his home in El Paso, Texas and he was in Mexico visiting his mother in the hospital. The DEFENDANT claimed ownership of the documents. CBPO asked the DEFENDANT if anyone gave him the documents he presented and he stated no. CBPO asked if he paid for the documents and the DEFENDANT stated no. CBPO noticed the Texas Birth Certificate contained blurry or distorted letters and referred the DEFENDANT to Passport Control Secondary (PCS) for further inspection.

In PCS, the DEFENDANT maintained his claim of being a United States Citizen, continued to claim the documents he presented are his, and he was presenting them for admission into the United States. The DEFENDANT's fingerprints were digitally scanned, and it revealed his identity and that he was previously removed from the United States on or about November 21, 2025, from Nogales, Arizona to Mexico. The DEFENDANT was served Form I-214 Warning as to Rights (English Version) which he read, understood, and signed requesting his right to legal counsel. All questions ceased. Database records indicate the DEFENDANT has not applied for, nor received permission from the U.S. Attorney General or the Secretary of Homeland Security to reapply for admission into the United States. Further queries revealed the DEFENDANT is not in possession of any legal documents with which to enter, reside or seek employment in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

CRIMINAL RECORD
08/09/2007 – Convicted of robbery/home invasion/armed, kidnapping/with a weapon – Sentenced to 17 years imprisonment.

08/09/2007 – Convicted of Grand Theft 3 Deg/ Stolen Prop – Deal in (Miami Dade County) – Sentenced to 5-year imprisonment / 1 yr 6-month probation.

03/26/2010 – Convicted of Agg Batt person Detained in prison – Sentenced to 6 years confinement.

12/14/2021 – Convicted of Smuggle contraband into prison/Resist officer/Battery on law Enforcement – Sentenced to 4 years 8 months 11 days confinement.

IMMIGRATION RECORD
11/21/2025 – Removed from United States (Nogales, Arizona) to Mexico.